## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| BRIAN SPARKS,<br><br>    Plaintiff,<br><br>v.<br><br>LOUISWILLIAM LLC and JOHN S. RAY,<br><br>    Defendants. | Civil Action No. 5:23-cv-00415-MTT<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF PLAINTIFF

Justin M. Scott, of Radford Scott LLP, hereby enters his appearance in the above-captioned action on behalf of Plaintiff Brian Sparks.

Respectfully submitted, this 25th day of October 2023.

>  */s/ Justin M. Scott*
>  Justin M. Scott
>  Georgia Bar No. 557463
>  RADFORD SCOTT LLP
>  160 Clairemont Avenue, Suite 610
>  Decatur, Georgia 30030
>  Telephone: 678.780.4880
>  Facsimile: 478.575.2590
>  jscott@radfordscott.com
>
>  Counsel for Plaintiff

1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BRIAN SPARKS,<br><br>    Plaintiff,<br><br>v.<br><br>LOUISWILLIAM LLC and JOHN S. RAY,<br><br>    Defendants. | Civil Action No. 5:23-cv-00415-MTT<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

Respectfully submitted, this 25th day of October 2023.

>  _/s/ Justin M. Scott_
>  Justin M. Scott
>  Georgia Bar No. 557463
>  RADFORD SCOTT LLP
>  160 Clairemont Avenue, Suite 610
>  Decatur, Georgia 30030
>  Telephone: 678.780.4880
>  Facsimile: 478.575.2590
>  jscott@radfordscott.com
>
>  Counsel for Plaintiff

1