AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Louiswilliam LLC__
was received by me on *(date)* __11-1-2023__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Ben McElreath - RA__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __Louiswilliam LLC__
__801 Broad St, 7th Floor, Augusta, GA 30901__ on *(date)* __11-8-2023 10:37 Am__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __11-16-2023__

_____
Server's signature

__William R. Scott - Process Server__
Printed name and title

__2975 White Rock Rd, Lincolnton, GA 30817__
Server's address

Additional information regarding attempted service, etc: