IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BRIAN SPARKS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LOUISWILLIAM LLC and JOHN S RAY, ) <br> ) <br> Defendants. ) | Case No. 5:23-cv-00415-MTT |

### **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Defendants, LOUISWILLIAM LLC and JOHN S. RAY ("Defendants") hereby submit the following Corporate Disclosure Statement pursuant to Local Rule 87.1:

LOUISWILLIAM LLC has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

Respectfully submitted this 1st day of December, 2023.

>SPIRE LAW, LLC
>2572 W. State Road 426, Suite 2088
>Oviedo, Florida 32765
>
>By: */s/ Ian E. Smith*
>Ian Smith, Esq.
>Georgia Bar No. 661492
>ian@spirelawfirm.com
>Margarita@spirelawfirm.com
>filings@spirelawfirm.com
>
>***Attorneys for Defendants.***

## CERTIFICATE OF SERVICE

I hereby Certify that on this 1st day of December, 2023., the foregoing was electronically filed with the Court by using the Middle District of Georgia's CM/ECF portal, which will send a notice of electronic filing to Plaintiff's Counsel.

>*/s/ Ian Smith*
>Attorney