IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

BRIAN SPARKS,

    Plaintiff,

v.

LOUISWILLIAM LLC and JOHN S RAY,

    Defendants.

Case No. 5:23-cv-00415-MTT

## [Proposed] ORDER ON CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

**THIS MATTER** is before the Court on Consent Motion for Extension of Time to Respond to Plaintiff's Complaint. The Court, having reviewed the file and being fully advised in the premises, finds that there is good cause to grant the relief requested in the Motion. It is therefore,

**ORDERED** that the Motion is granted. Defendants shall respond to Plaintiff's Complaint on or before December 29, 2023.

**DONE AND ORDERED** this ___ day of _____, 2023, in the United States District Court, Middle District of Georgia.

The Honorable Marc T. Treadwell
Chief District Judge